# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARPER TAYLOR,<br><br>       Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>       Defendant. | Case No. 21-cv-556-MMA (JLB)<br><br>**ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On March 30, 2021, James Harper Taylor filed this social security appeal challenging the denial of his "application for supplemental security income" pursuant to 42 U.S.C. §§ 405(g). Doc. No. 1 ¶¶ 3, 6, 8–9. All matters in this social security appeal are hereby referred to United States Magistrate Judge Jill L. Burkhardt for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1. *See* 28 U.S.C. § 636(b)(1)(B); CivLR 72.1.

**IT IS SO ORDERED**.

Dated: April 21, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge