UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] <br><br> Defendant. | Case No.: 21-cv-00556-MMA-JLB <br><br> **ORDER SETTING SCHEDULE FOR MANDATORY SETTLEMENT DISCUSSION AND MERITS BRIEFING** |

On March 30, 2021, Plaintiff filed a Complaint against the Commissioner of Social Security seeking judicial review of the denial of his application(s) for Supplemental Security Income benefits. (ECF No. 1.) The Commissioner filed the Administrative Record on August 26, 2021. (ECF No. 9.)

///

---

[1] Kilolo Kijakazi, Acting Commissioner of Social Security, is hereby substituted in as Defendant in place of Andrew Saul pursuant to Federal Rule of Civil Procedure 25(d).

Pursuant to Civil Local Rule 16.1(e)(3), Early Neutral Evaluation and Case Management Conferences are not required to be held in this case. Accordingly, **IT IS HEREBY ORDERED**:

## I. MANDATORY SETTLEMENT DISCUSSION

The parties shall engage in good faith settlement discussions aiming to resolve the matter as follows:

1. No later than **September 10, 2021**, Plaintiff shall prepare a written and detailed settlement proposal and deliver it by e-mail to counsel representing the Commissioner.

2. The Commissioner shall evaluate the merits of Plaintiff's contentions and respond to Plaintiff's settlement proposal by e-mail no later than **September 24, 2021**. The parties are encouraged to meet and confer by telephone after Plaintiff's receipt of the Commissioner's written response.

3. No later than **October 1, 2021**, the parties shall:
   a. file a joint motion requesting additional time to meet and confer;
   b. file a Joint Notice of Settlement; or
   c. file a Joint Status Report advising the Court that they have not resolved the matter through good faith settlement discussions.

## II. MERITS BRIEFING

If the parties do not resolve the matter after engaging in good faith settlement discussions, the parties shall comply with the following briefing schedule:

1. Plaintiff shall file a merits brief no later than **35 days** after the filing of the Joint Status Report.

2. The Commissioner shall file an opposition (<u>not</u> a cross-motion for summary judgment) to Plaintiff's merits brief no later than **35 days** after the merits brief is filed.

3. Plaintiff may file a reply to the Commissioner's opposition no later than **14 days** after the opposition is filed.

///

1        4.      No other briefs or motions are required to be filed for the Court to dispose of
2   the case on its merits.  CivLR 7.1(e)(6)(e)(3).
3        5.      No oral argument will be held unless otherwise ordered by the Court.  CivLR
4   7.1(e)(6)(f).
5        6.      Any request to modify this briefing schedule **shall** comply with § IV of Judge
6   Burkhardt's Civil Chambers Rules.
7   Dated:  August 26, 2021

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge